UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRISTIAN JOB DELBOSQUE,

    Petitioner,

v.

STEPHEN D. SINCLAIR,

    Respondent.

CASE NO. C13-5495 BHS-KLS

ORDER

    This 28 U.S.C. § 2254 habeas corpus petition is before the undersigned Magistrate Judge on petitioner's unopposed motion to extend the stay in this case until December 19, 2014. Dkt 26. The undersigned grants the motion and will extend the stay in this case until **December 19, 2014**. In the event that state proceedings conclude prior to that date, petitioner shall advise the Court within thirty (30) days of receiving a final State court ruling.

    If petitioner wishes to extend the stay beyond December 19, 2014, then petitioner must file a motion asking for an extension of the stay and set forth the status of his state proceedings. Petitioner's next motion to extend the stay should be filed on or before December 12, 2014.

    Dated this 15th day of September, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1