UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRISTIAN JOB DELBOSQUE,

      Petitioner,

 v.

STEPHEN D. SINCLAIR,

      Respondent.

CASE NO. C13-5495BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 29. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The Court dismisses the petition without prejudice based on the parties' joint motion; and

(3) This case is closed.

Dated this 12th day of January, 2015.

              _____
              BENJAMIN H. SETTLE
              United States District Judge

ORDER